AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Anthony Williams and Blair Alley <br><br> *Plaintiff(s)* <br> v. <br> Mach Speed Holdings, LLC; JLAB Audio, Inc., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:17-cv-1586 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JLAB Audio, Inc.
National Corporate Research, Ltd.
1833 S. Morgan Road
Oklahoma City, Oklahoma 73128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Darren W. Penn, Esq.
Penn Law LLC
4200 Northside Parkway, NW
Building One, Suite 100
Atlanta, GA 30327

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   05/04/2017

s/Anniva Renick
*Signature of Clerk or Deputy Clerk*